C. Grant Keck, Doing Business as C. Grant Keck Organization, Appellant, *v.* William J. Evans, Respondent.

Submitted February 20, 1950; decided March 2, 1950.

Motion for reargument and for a stay denied, with $10 costs and necessary printing disbursements. [See 300 N. Y. 605.]

Sigmund Pines et al., Appellants, *v.* Lawrence J. Beck, Respondent, and Beck Chemical Equipment Corporation, Impleaded Defendant-Appellant.

Submitted February 27, 1950; decided March 2, 1950.

Motion for order clarifying opinion denied. [See 300 N. Y. 181.]